UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY OF HIALEAH EMPLOYEES
RETIREMENT SYSTEM, et al.,

        Plaintiffs,

    v.

GREG W. BECKER, et al.,

        Defendants.

Case No.  23-cv-01697-AMO

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Chandra Vanipenta v. SVB Financial Group et al.* (3:23-cv-1097).

      **IT IS SO ORDERED.**

Dated: May 2, 2023

_____

**ARACELI MARTÍNEZ-OLGUÍN**
United States District Judge