**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3470

*Counsel for Plaintiffs City of Hialeah Employees'*
*Retirement System, Asbestos Workers Philadelphia*
*Welfare and Pension Fund, and Heat & Frost*
*Insulators Local 12 Funds*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY OF HIALEAH EMPLOYEES' RETIREMENT SYSTEM, ASBESTOS WORKERS PHILADELPHIA WELFARE AND PENSION FUND, and HEAT & FROST INSULATORS LOCAL 12 FUNDS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREG W. BECKER, DANIEL J. BECK, KAREN HON, ROGER F. DUNBAR, BEVERLY KAY MATTHEWS, ERIC A. BENHAMOU, ELIZABETH BURR, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, THOMAS KING, JEFFREY N. MAGGIONCALDA, MARY J. MILLER, KATE D. MITCHELL, JOHN F. ROBINSON, GAREN K. STAGLIN, GOLDMAN SACHS & CO. LLC, BofA SECURITIES, INC., MORGAN STANLEY & CO. LLC, KEEFE, BRUYETTE & WOODS, INC., and KPMG, LLP,<br><br>Defendants. | Case No. 3:23-cv-01697-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Dept.:  Courtroom 11, 19th Floor<br>Judge:  Hon. James Donato |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs City of Hialeah Employees' Retirement System,

2    Asbestos Workers Philadelphia Welfare and Pension Fund, and Heat & Frost Insulators Local 12

3    Funds (collectively, "Plaintiffs"), Defendants Greg W. Becker, Daniel J. Beck, Karen Hon, Roger F.

4    Dunbar, Beverly Kay Matthews, Eric A. Benhamou, Elizabeth Burr, John S. Clendening, Richard D.

5    Daniels, Alison Davis, Joel P. Friedman, Thomas King, Jeffrey N. Maggioncalda, Mary J. Miller,

6    Kate D. Mitchell, John F. Robinson, Garen K. Staglin, Goldman Sachs & Co. LLC, BofA Securities,

7    Inc., Morgan Stanley & Co. LLC, Keefe, Bruyette & Woods, Inc., and KPMG LLP ("Defendants,"

8    and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, submit the

9    following stipulation and proposed scheduling order.

10   WHEREAS, on April 7, 2023, Plaintiffs filed a putative class action complaint against

11   Defendants alleging violations of Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 (the

12   "Securities Act"), and Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the

13   "Exchange Act") and Rule 10b-5, promulgated thereunder (the "Complaint");

14   WHEREAS, the undersigned counsel for the respective Defendants have been authorized and

15   hereby accept service of the Complaint on behalf of the Defendants;

16   WHEREAS, on April 7, 2023, the court issued an Initial Case & ADR Deadlines For Class

17   Actions Subject To Private Securities Litigation Reform Act (PSLRA) (ECF No. 5), setting an Initial

18   Case Management Conference on July 6, 2023 at 10:00am;

19   WHEREAS, on May 12, 2023, this action was reassigned to this Court and the July 6, 2023

20   Initial Case Management Conference was vacated (ECF No. 37);

21   WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995

22   (the "PSLRA"), including its procedures for the appointment of lead plaintiff and lead counsel, 15

23   U.S.C. § 78u-4(a)(3), and its provision for a stay of all discovery and other proceedings during the

24   pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);[1]

25

26

27   _____

28   [1] Because the relevant provisions of the Securities Act and the Exchange Act are identical, the Parties cite solely to the Exchange Act.

WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), on April 7, 2023, Plaintiffs' counsel published notice alerting investors to the pendency of the above-captioned action and the May 12, 2023 deadline for seeking appointment as lead plaintiff (*see* ECF No. 19);

WHEREAS, pursuant to the PSLRA, the Court will appoint as lead plaintiff the person or group of persons who are members of the proposed class that the Court determines to be "most capable of adequately representing the interests of class members," 15 U.S.C. § 78u-4(a)(3)(B)(i)-(ii);

WHEREAS, once the lead plaintiff and lead counsel are appointed, an operative complaint will be identified, or an amended or consolidated complaint will be filed, which will become the operative complaint (the "Consolidated Complaint");

WHEREAS, Defendants anticipate that they will seek to dismiss the Consolidated Complaint;

WHEREAS, the Parties have met and conferred, and agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no Defendant shall have any obligation to respond to the Complaint until after (i) a lead plaintiff and lead counsel are appointed by the Court pursuant to the PSLRA, and (ii) the lead plaintiff identifies or files a Consolidated Complaint in this action.

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 7-12, by and between the Parties through the undersigned counsel, that:

1. The undersigned counsel for Defendants accept service of the Complaint.  By agreeing to accept service of the Complaint, the Defendants do not waive any rights, defenses, or arguments, all of which are hereby preserved, with the sole exception of arguments based on insufficient service of process.

2. No Defendant has any obligation to answer or otherwise respond to the Complaint pending appointment of a lead plaintiff and the lead plaintiff identifies or files a Consolidated Complaint.

3. Within fourteen (14) days of the entry of an order appointing a lead plaintiff and lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for

the designation or filing of a Consolidated Complaint and for briefing on any motion to dismiss or response thereto.

4.    Without limiting the Parties' ability to seek to lift the stay of discovery in accordance with 15 U.S.C. § 78u-4(b)(3)(B), the Parties' obligations under subparts (a) and (f) of Rule 26 of the Federal Rules of Civil Procedure, Rule 16-9 of the Civil Local Rules, and Rule 3-5 of the ADR Local Rules shall currently be suspended until after the Court has ruled on Defendants' motion(s) to dismiss the Consolidated Complaint.

**IT IS SO STIPULATED.**

DATED:  May 24, 2023                    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:     (310) 819-3470

-and-

GERALD H. SILK
(jerry@blbglaw.com)
HANNAH ROSS
(hannah@blbglaw.com)
JEROEN VAN KWAWEGEN
(jeroen@blbglaw.com)
AVI JOSEFSON
(avi@blbglaw.com)
 SCOTT R. FOGLIETTA
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:     (212) 554-1400
Fax:     (212) 554-1444

*Counsel for Plaintiffs City of Hialeah Employees' Retirement System, Asbestos Workers Philadelphia Welfare and Pension Fund, and Heat & Frost Insulators Local 12 Funds*

1

DATED:  May 24, 2023                    **ORRICK HERRINGTON & SUTCLIFFE LLP**

2
                                        */s/ James N. Kramer*
                                        JAMES N. KRAMER (SBN 154709)
3                                       (jkramer@orrick.com)
                                        ALEXANDER K. TALARIDES (SBN 268068)
4                                       (atalarides@orrick.com)
                                        The Orrick Building
5                                       405 Howard Street
                                        San Francisco, CA 94105
6                                       Tel:    (415) 773-5900
                                        Fax:    (415) 773-5957
7
                                        *Counsel for Defendant Greg W. Becker*
8

9       DATED:  May 24, 2023            **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

10
                                        */s/ Kristopher Kastens*
                                        KRISTOPHER KASTENS (SBN 254797)
11                                      (kkastens@kramerlevin.com)
                                        333 Twin Dolphin Drive, Suite 700
12                                      Redwood Shores, CA 94065
                                        Tel:    (650) 752-1700
13                                      Fax:    (650) 752-1800

14                                      -and-

15                                      JENNIFER S. WINDOM (appearance pro hac vice)
                                        (jwindom@kramerlevin.com)
16                                      2000 K Street NW, 4th Floor
                                        Washington, DC 20006
17                                      Tel:    (202) 775-4500
                                        Fax:    (202) 775-4510
18
                                        -and-
19
                                        BARRY H. BERKE (appearance pro hac vice)
20                                      (bberke@kramerlevin.com)
                                        DARREN A. LAVERNE (appearance pro hac vice)
21                                      (dlaverne@kramerlevin.com)
                                        DANIEL M. KETANI (appearance pro hac vice)
22                                      (dketani@kramerlevin.com)
                                        1177 Avenue of the Americas
23                                      New York, NY 10036
                                        Tel:    (212) 715-9100
24                                      Fax:    (212) 715-8000

25                                      *Counsel for Defendant Daniel J. Beck*

26

27

28

DATED:  May 24, 2023

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Michael A. Mugmon*
MICHAEL A. MUGMON (SBN 251958)
(michael.mugmon@wilmerhale.com)
One Front Street, Suite 3500
San Francisco, CA 94111
Tel:      (628) 235-1000
Fax:      (628) 235-1001

MICHAEL G. BONGIORNO (appearance pro hac vice)
(michael.bongiorno@wilmerhale.com)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800

-and-

TIMOTHY J. PERLA (appearance pro hac vice)
(timothy.perla@wilmerhale.com)
ERIKA M. SCHUTZMAN (appearance pro hac vice)
(erika.schutzman@wilmerhale.com)
60 State Street
Boston, MA 02109
Tel:      (617) 526-6000

*Counsel for Defendants Roger F. Dunbar, Beverly Kay Matthews, Eric A. Benhamou, Elizabeth Burr, Richard D. Daniels, Alison Davis, Joel P. Friedman, Thomas King, Jeffrey N. Maggioncalda, Mary J. Miller, Kate D. Mitchell, John F. Robinson, and Garen K. Staglin*

DATED:  May 24, 2023

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Chris Johnstone*
CHRIS JOHNSTONE (SBN 242152)
(chris.johnstone@wilmerhale.com)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel:      (650) 858-6147
Fax:      (650) 858-6100

PETER G. NEIMAN (pro hac vice forthcoming)
(peter.neiman@wilmerhale.com)
JESSICA N. DJILANI (pro hac vice forthcoming)
(jessica.djilani@wilmerhale.com)
7 World Trade Center
250 Greenwich Street

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

New York, NY 10007
Tel:     (212) 230-8800
Fax:     (212) 230-8888

*Counsel for Defendant Karen Hon*

DATED:  May 24, 2023

**KATTEN MUCHIN ROSENMAN LLP**

*/s/ Bruce G. Vanyo*

BRUCE G. VANYO (SBN 60134)
(bruce.vanyo@katten.com)
RICHARD H. ZELICHOV (SBN 193858)
(richard.zelichov@katten.com)
PAUL S. YONG (SBN 303164)
(paul.yong@katten.com)
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Tel:     (310) 788-4400
Fax:     (310) 788-4471

*Counsel for Defendant John S. Clendening*

DATED:  May 24, 2023

**KING & SPALDING LLP**

*/s/ Lisa Bugni*

LISA BUGNI (SBN 323962)
(lbugni@kslaw.com)
50 California Street, Suite 3300
San Francisco, CA 94111
Tel:     (415) 318-1200
Fax:     (415) 318-1300

RICHARD MAROONEY (appearance pro hac
vice)
(rmarooney@kslaw.com)
1185 Avenue of the Americas, 34th Floor
New York, New York 10036-2601
Tel:     (212) 556-2100

-and-

KEVIN J. O'BRIEN (appearance pro hac vice)
(kobrien@kslaw.com)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel:     (404) 572-4600

*Counsel for Defendant KPMG LLP*

DATED:  May 24, 2023

**SHEARMAN & STERLING LLP**

*/s/ Alexander P. Sanyshyn*
ALEXANDER P. SANYSHYN (SBN 321800)
(alexander.sanyshyn@shearman.com)
535 Mission Street, Floor 25
San Francisco, CA 94105
Tel:     (415) 616-1145
Fax:     (415) 616-1308

-and-

ADAM S. HAKKI (*pro hac forthcoming*)
(adam.hakki@shearman.com)
DANIEL C. LEWIS (*pro hac forthcoming*)
(daniel.lewis@shearman.com)
599 Lexington Avenue
New York, New York 10022
Tel:     (212) 848-8691
Fax:     (646) 848-8691

*Counsel for Defendants Goldman Sachs & Co. LLC,*
*BofA Securities, Inc., Morgan Stanley & Co. LLC,*
*Keefe, Bruyette & Woods, Inc.*

## CERTIFICATE PURSUANT TO LOCAL RULE 5-1(h)(3)

I, Jonathan D. Uslaner, am the ECF User whose ID and password are being used to file this

document pursuant to Local Rule 5-1(h)(2).  In compliance with Local Rule 5-1(h)(3), I hereby attest

that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: May 24, 2023

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)

\*          \*          \*

## [PROPOSED] ORDER GRANTING STIPULATION

Pursuant to stipulation and for good cause shown, IT IS SO ORDERED.

DATED: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE